IN THE UNITED STATES DISTRICT COURT OF MOBILE
MY HONOR  STATE OF ALABAMA

Kevin Gates-Tate- El-Washitaw
KEVIN GATES-TATE, ETAL
In behalf of self and all other's
The Plaintiff, Tel# 334-830-9138
HOME JURISDICTIONAL: c/o 1151 WEST
FRONT STREET, THOMASVILLE, AL
36784..

ATTN U.S. Clerk
COPY To be sent back with Gov GREAT SEAL. To be sent by WASHITAW Embassy

② CIVIL ACTION No.:
18-CV-40-KD-M

JURY Peers Demanded

VS.

OFFICER ASHLEY, BADGE# _____
Thomasville Mayor, etal Insurance Company
Provider, etal.. @ P.O. Box 127,
Thomasville, AL 36784

## SUMMON/COMPLAINT

PursuANT: Federal Rules of Civil Procedure Rule 3, 4, Rules 8(a)(1)(2)(3), Demand for Judgment under 28 USC §§ 1331, 1332, 1333, Federal Rules of Civil Procedure Rule 9(h)___

COMES Now Mr. Kevin Gates-Tate-El- A Muur, Moorish AmericAN Natives Nationalist By Birthrights __ _Not to be Mistake for NEGRO's etc.,

And bring 42 USC§ 1983 Against Following To Wit:

## CLAIM 1.

1. Illegal ARRESTED, KIDNAPPED 18 USC§ 1201, Slavery, by Thomasville City Police Department and Mayor Sheldon DAY Thee Arrest of JAN 26, 2018 @ Time 9:00 Pm.

## CLAIM 2.

2. Constitutional Authority is Void Fraudulent Praticed and Lacks Standing.. See Honorable Presiding Court Judge Mary B. Windom COURT ORDER No. CR-17-0233 of DEC 28, 2017.

## CLAIM 3.

3. Alabama code 1975 § 13A Subsection of This Police Jurisdictional was Void Fraudulent Praticed.. See Honorable Presiding Court Judge Mary B. Windom COURT ORDER No. CR-17-0233 of DEC 28, 2017.

CLAIM 4.

4. Alabama code 1975 § 14 Subsection of This Police Jurisdictional Was Void Fraudulent Praticed -- See Honorable Presiding Court Judge Mary B. Windom Court Order No. CR-17-0233 of Dec 28, 2017. –

CLAIM 5.

5. Alabama code 1975 § 15 Subsection of this Police Jurisdictional Was Void Fraudulent Praticed --- See Honorable Presiding Judge Mary B. Windom Court Order No. CR-17-0233 of Dec 28, 2017. –

CLAIM 6.

6. Amend No. 328, § 6.04(b) Ala. Const. 1901 Ex Parte Seymour, No. 1050597, 2006 WL 1793747 at *3 (Ala. Jun. 30, 2006) (emphasis added). Alabama code (1975) is Void Fraudulent Praticed And lacks Standing

<u>See</u> Honorable Presiding Judge Mary B. Windom COURT ORDER No. CR-17-0233 of DEC 28, 2017..

## CLAIM 7.

7. Alabama Code 1975 § 6-6-20(9) AL CONST ART. 1, § 14 Sec 14 Sovereign Inhabitants Immunity Shield is Void Fraudulent Praticed And Lacks Standing .. - <u>See</u> Honorable Presiding Judge Mary B. Windom COURT ORDER No. CR-17-0233 of DEC 28, 2017..

## CLAIM 8.

8. Alabama STATE GREAT SEAL UPON THIS POLICE Jurisdictional of Thomasville, City And Clarke county District #<u>16</u> is Void Fraudulent Praticed .. <u>See</u> Honorable Presiding Judge Mary B. Windom COURT ORDER No. CR-17-0233 of DEC 28, 2017..

# CLAIM 9.

9. Alabama Jurisdictional Authorities Amend. No. 328, § 6.04(b), Ala Const. 1901 is Void Fraudulent Praticed... Lacks Proper Standing... <u>See</u> Honorable Presiding Judge Mary B. Windom COURT ORDER No. CR-17-0233 of DEC 28, 2017.--

## CLAIM 10.

10. The city of Thomasville Police Force OFFICER Ashley on JAN 26, 2018 Never had Jurisdictional Authorities OVER the Subject-Matter to Make an Lawful ARREST on JAN 26, 2018, @ 9:00 P.M... in the city of Thomasville.

## Claim 11.

11. OFFICER Ashley constitutional Authority is Void And Lacks Jurisdictional Authority <u>See United States Vs. COTTON,</u> (2002) 535 U.S. 625, @ 152 L Ed 2d COURTS § 247 - Federal Jurisdictions at 3.

CONCLUSION

The Plaintiff's suffered "IRREPARABLE HARM" And "IRREPARABLE INJURY" Jan 26, 2018 @ 9:00 In Illegal ARREST, etc., See Ex Parte ATTORNEY GENERAL TROY KING, ETAL., JUSTIN PRICE, etal., (2010) 50 So 3d 1056, 1063 Ala Lexis 72 In Claims "1-Thru-11", -- Pursuant:: Federal Rules of civil Procedure & Rules 8(a)(1)(2)(3), "Federal Questions Jurisdictions" Because the Sovereign Inhabitants Immunity Shield of Thomasville city And STATE of Alabama Constitutional Authority, Statutory Authorities, Jurisdictional Authorities, Pursuant:: Alabama Rules of CRIMINAL PROCEDURE RULES 32.1(a) Lacks Standing of U.S. Constitutional Authority, Statutory Authority, and Jurisdictional Authorities: And ART. VI, Cl. 2 @ U.S. Constitutional Amendment "40".

The Plaintiff respectfully Ask This Honorable U.S. Court To Sanction All Filing Fee's And ATTORNEY Fee's in The Amount of $10, Billion Dollars unlimited Pre-Paid Global World Wide creditline Cardholder Against City of Thomasville, Alabama Mayor office @ 334-636 2774, P.O. Box 127, Thomasville, Ala City of Police Dept Insurance Company Provider, et al., Bill of Exchange ".

The Plaintiff respectfully Ask This Honorable U.S. Court To Sanction Irreparable "Harm" And "Irreparable Injury" Pain and Suffering Punitive Damages of $15, Billion Dollars IN Land From Clarke County City Police Dept Tax Exempted

From City of Thomasville Mayor et al., Insurance Company Provider And Grove Hill, AL Judicial System. With Bills of Exchange Issued Without unnecessary.

The Plaintiff Further Request This Honorable U.S. Court TO ISSUE Jurisdictional Authorities, Constitutional Authorities And Statutory Authorities Power And Decree to REMOVE All PAST ARREST Felonies Prior's From SSN#_____ Ala code 1975§ 13A-5-9 H.O.A.F.

WE The Washitaw's Tribe Family of Alabamu Tribunal, And Embassy of the Empire Washitaw de Dugdahmoundyah 215/93, Geneva, Geneva 10, Honorable Crown Prince Emperor El-Bey Big bay Bagby

Dralim El-Bey Highly Respect the U.S. Court of Mobile, Ala [36602] Constitutional Authority, Jurisdictional Authorities, And statutory Authorities And humblely prays for "Judge's of Righteousness" Relief Wisdom, Will, Love... The Triune Allah...

under Affirm before The Washitaw's Tribe Nationalist Flags, Laws, Charter, And Jurisdictional Authorities, Statutory Authorities, And Constitutional Authority U.C.C. Law Foreign Manifest of The Morocco America Nationalist Flag of **1408 A.D.** Not Misleading My Peers of This U.S. Court Day __29th__ month __Jan__ . A.D. 2018 Wisdom, Will, Love... The Triune Allah.
All Rights Reserved Without Prejudice
s/ Kevin Gates-Tate- El-Washib
Kevin Gates-Tate-El-Washitaw.
c/o 1151 West Front Street
Thomasville, AL 36784

## CERTIFICATE OF SERVICE

I hereby served a copy upon My Honor- Mayor Sheldon Day, Tel# 334-636-2174, P.O. Box 127 Thomasville, AL City Mayor Office 36784, I further served the same upon Alabama State Attorney General Office, 501 Washington Avenue, Montgomery, AL 36130, by U.S. via Mail Pre-Paid Postage Stamp Hand delivery by U.S. Postal Clerk.

Day 30 month Jan A.D. 2018

/s/ Kevin Grates-Tate-El-Washitaw

Kevin Grates- Tate- El- Washitaw
c/o Tel# 334-202-0859
Tel# 334-636-4776
Tel# 334-830-9138
1151 West Front Street
Thomasville, AL [36784]

# APPEARANCE BOND

State of Alabama
Unified Judicial System
Form CR-11   Rev. 1/96

Case Number: _____

IN THE __MUNICIPAL__ (Circuit, District, or Municipal) COURT OF __THOMASVILLE__ (Name of Municipality or County), ALABAMA

☐ STATE OF ALABAMA   ☒ MUNICIPALITY OF __THOMASVILLE__

v. __Kelvin Tyrone Gates__, Defendant

I, __Kelvin Tyrone Gates__ (please print) (Defendant), as principal,

and I (we), _____ as surety (ies),

agree to pay the State of Alabama (Municipality of __Thomasville__) the sum of $ __1,000__ (for municipal courts, this sum should not exceed $1,000) and such costs as authorized by law unless I/he/she appear(s) before the Thomasville Municipal Court on __March 27, Sept__ (date) at 3:00 p.m. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from day to day of each session thereafter until defendant is discharged by law to answer to the charge of __PISS Marij 2nd__, or any other charge as authorized by law.

If the trial is moved to another county/municipality, this undertaking is for the appearance of the defendant from day to day of each session of the court to which the defendant is removed until discharged by law.

We hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

Signed and sealed this date with notice that false statements are punishable as perjury.

Signature of Defendant: /s/ Kelvin Gates
Address (Print): 1151 West Front Street
State: ___   Zip: ___   (L.S.)

Signature of Surety/Agent of Professional Surety or Bail Company: _____ (L.S.)
Social Security Number (Except for Agents): _____
Address (Print): _____   State: ___   Zip: ___

Signature of Surety/Agent of Professional Surety or Bail Company: _____ (L.S.)
Social Security Number (Except of Agents): _____
Address (Print): _____   State: ___   Zip: ___

Signature of Surety/Agent of Professional Surety or Bail Company: **JAMES BONDS LLC** (L.S.)
Social Security Number (Except of Agents): 2754 Grant St., Mobile, AL 36606, 251.275.1234

Signature of Surety/Agent of Professional Surety or Bail Company: JAMES BONDS
Social Security Number (Except of Agents): Mobile, AL 36606
Address (Print): 251.275.1234   State: ___   Zip: ___

Date: 1/26/18

Approved by: /s/ Sheriff Jones (SW) Judge/Magistrate/Sheriff/Law Enforcement Officer
By: Deputy Sheriff/Law Enforcement Officer

## Defendant's Information

Date of Birth: 10/15/91
Social Security Number: 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
Driver's License Number: N/A   State: ___

Sex: M
Race: B
Telephone Number: 334-730-7348

Employer: N/A
Employer's Address: N/A
Employer's Telephone Number: ___

☐ Property Bond   ☐ Professional Surety Bond   ☐ Cash Bond   Posted by _____

DEMENT-MERIDIAN 61-0810

(Exhibit markings in margins)

U.S. GOVERNMENT OFFICIAL
BUSINESS
113 ST Joseph STREET
Mobile, AL 36602

MONTGOMERY AL 360
29 JAN 2018 PM 2 L

MAYDAY MAYDAY
URGENT MAYDAY
FRA[...]

RETURN TO Above please

Honorable U.S. CLERK OFFICE
United States COURTHOUSE
113 ST JOSEPH STREET
Mobile, AL 36602

36602$3621 C005